ALOYSIUS McMAHON ET AL.,RESPONDENTS, v. AMERICAN RAILWAY EXPRESS COMPANY, APPELLANT.

Submitted October 26, 1928—Decided February 4, 1929.

For the respondents, *John Milton.*

For the appellant, *Harley, Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, KATZENBACH, LLOYD, WHITE, VAN BUSKIRBK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.